No. 75–930. INTERNATIONAL BROTHERHOOD OF TEAM-STERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA ET AL. *v.* EAZOR EXPRESS, INC., ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 75–646. A/S ARCADIA *v.* GULF INSURANCE CO., 423 U. S. 1053;

No. 75–5380. LADD *v.* CALIFORNIA ET AL., 423 U. S. 1057;

No. 75–5529. TYLER *v.* WANGELIN, U. S. DISTRICT JUDGE, 423 U. S. 1086;

No. 75–5932. HARPER *v.* MCCARTHY, MEN'S COLONY SUPERINTENDENT, 423 U. S. 1072; and

No. 75–5990. LIPSMAN *v.* GIARDINO, 423 U. S. 1092. Petitions for rehearing denied.

No. 74–1396. MICHELIN TIRE CORP. *v.* WAGES, TAX COMMISSIONER, 423 U. S. 276;

No. 75–392. BURCH *v.* UNITED STATES, 423 U. S. 1032;

No. 75–5578. SMITH *v.* CALIFORNIA, 423 U. S. 1023;

No. 75–5602. TAYLOR *v.* UNITED STATES ET AL., 423 U. S. 1035; and

No. 75–5636. SMITH *v.* CALIFORNIA, 423 U. S. 1024. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 75–5110. CLARK *v.* CAMPBELL, JUDGE, 423 U. S. 948;

No. 75–5221. STURGEON *v.* DOUGLAS, 423 U. S. 934; and

No. 75–5411. JOHNSON *v.* UNITED STATES, 423 U. S. 1020. Motions for leave to file petitions for rehearing